IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOHN PETRONE,

    Petitioner,

vs.

JOSE VASQUEZ, Warden,

    Respondent.

CIVIL ACTION NO.: CV205-135

## ORDER

After an independent review of the record, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which Petitioner John Petrone ("Petrone") filed Objections. In his Objections, Petrone asserts that 28 U.S.C. § 2241 is the only available remedy for him to attack the legality of his conviction. Petrone argues that the Government and the Magistrate Judge used statutes and case law to obscure his Petition.

Petrone's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Petrone's petition for writ of habeas corpus, filed pursuant to 28 U.S.C.A. § 2241, is **DISMISSED**. The Clerk is hereby authorized and directed to enter the appropriate Judgment.

**SO ORDERED**, this 2nd day of Feb., 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)